QUINN EMANUEL URQUHART & SULLIVAN, LLP
Bruce E. Van Dalsem (Bar No. 124128)
(brucevandalsem@quinnemanuel.com)
Michael E. Williams (Bar No. 181299)
(michaelwilliams@quinnemanuel.com
Stan Karas (Bar No. 222402)
(stankaras@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

JS-6

Attorneys for Plaintiff
DIRECTV, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>LOUIS PSIHOYOS; and DOES 1-10,<br><br>            Defendants.<br><br>LOUIS PSIHOYOS,<br><br>            Counterclaimant,<br><br>      v.<br><br>DIRECTV, INC., a California corporation,<br><br>            Counterclaim Defendant | CASE NO. 09-CV-6427 PA (RZX)<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1    TO ALL PARTIES,

2    Pursuant to the parties' stipulation, this action in its entirety is dismissed with
3 prejudice with all parties to bear their own attorneys' fees and costs.

7    DATED:  June 16          , 2010   _____
                                        Hon. Percy Anderson
                                        United States District Judge